UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROSA CELIA SANCHEZ,<br><br>　　　　　　　　　　Defendant. | Case No.:  16cr2995-JAH<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |

　　　This Court has received a request from Defendant Rosa C. Sanchez (Supervisee) for early termination of supervised release. The United States Probation Officer opposes the request.

　　　The Court, having reviewed the request, the position of the United States Probation Officer and the record in this case, finds that Supervisee Sanchez commenced supervised release on January 25, 2019, after completion of the 30-month sentence imposed, that the instant conviction resulted from her first and only law enforcement contact of any kind, that she has served more than one-half of the imposed period of supervised release, that she has been monitored within the 'low risk' caseload of the Probation Department since April 25, 2019, without any violations of the terms, conditions or directions imposed by the Court or the Probation Officer, that she has maintained employment or self-employment, and that she continues to live in a stable environment and provides family support. The Court further finds the legislative goals of rehabilitation and the reduction of the risk to the public from the commission of further crimes have been satisfied, and that

the custodial sentence and supervised release imposed have adequately deterred Supervisee from further criminal conduct. As such, early termination of supervised release is warranted.

Accordingly, IT IS ORDERED that Supervisee's request for early termination supervised release is **GRANTED** and the early termination release of supervised release is effective upon the date of this order.

**IT IS SO ORDERED.**

DATED: September 2, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE